# CERTIFICATE OF SERVICE

I, <u>     Amy M. Huber     </u>, certify that I am, and at all times during the service of process was,
        (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Alias Summons, Notice of Dispute Resolution Alternatives, and a copy of the Complaint was made <u>    July 3, 2025    </u> by:
        (date)

✓ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| MBL Solutions LLC | MBL Solutions LLC |
| Attn: Officer or General Counsel | Attn: Registered Agent |
| 2334 N. Keeler Ave. | 2706 Carpenters Grade Rd. |
| Chicago, IL 60639-3620 | Maryville, TN 37803 |

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                  (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

July 21, 2025                                                                        */s/ Amy M. Huber*
Date                                                                            Signature

---

Print Name: Amy M. Huber, Bankruptcy Paralegal
Business Address: Archer & Greiner, P.C., Three Logan Square, 1717 Arch Street, Suite 3500
City: Philadelphia                     State: PA                     Zip: 19103